March 1, 2008

To Whom It May Concern:

A competitive market analysis (CMA) has been done on the property located at 500 Park Avenue, unit #631. The suggested value is 73,500. CMA's are used to determine the market price range of properties by using information from the Multiple Listing System (MLS). The properties on the following pages were used as comparables and adjusted as necessary.

Starla Ely
Realtor
Baird & Warner South Suburban Office
3236 Vollmer Road
Olympia Fields, IL
60461
708/ 283-5221 Office Direct
Starla.ely@bairdwarner.com



| | |
|---|---|
|  | **Attached Single**  Status: **CLSD**  MLS#: **06618045**  List Price: **$69,500**  Sold Price: **$68,500**  Address: **400 Park Ave Unit 514, Calumet City, 60409**  Sub/Complex:  PIN: **29241000221158**  Spec Asmt/Serv Area: **Y**  Tax Exmpt:  Tax Year: **2005**  Taxes: **$2,522.58**  Yr Built:  Built Before 78: **Y**  Ownership: **Fee Simple**  Mthly Asmts: **$300**  Total Number of Units: **100**  Unit Floor Level: **5**  Master Bath: **Y**  Basement: **N**  Air: **Central Air**  Type Parking: **None**  Age: **26-50 Years**  #Cars: **0**  Pets OK: **Y**  Max Wt:  Lot Dim: **COMMON**  Water: **Public**  Sewer: **Sewer-Public**  Closed Date: **11/01/2007**  Type: **Condo**  Elementary:  Dist#: **157**  Middle:  Dist#: **157**  High:  Dist#: **205** |

Coordinates: N: **0**   S: **18**   E: **2**   W: **0**
Directions:  **159TH E TO TO PARK AVE S TO PROPERTY**
Bedr: **2**   Exterior:  **Brick (BR)**
Baths: **2**   Kitchen:
Rms: **4**   Dining Rm:
Fplcs:   Asmts Incl: **Water, Parking**
Unit Feat:
Remarks:   **GREAT INVESTMENT / PROPERTY BEING SOLD IN "AS IS" CONDTION / ADDENDUM REQUIRED / NO SURVEY NOR DISCLOSURE / EARNEST MONEY MUST BE CERTIFIED FUNDS / VERIFICATION OF FUNDING MUST ACCOMPANY ALL OFFERS / CALL LISTING OFFICE FOR SHOWING INSTRUCTIONS, NOT AGENT/ FAX ALL OFFERS TO OFFICE**

---

| | |
|---|---|
|  | **Attached Single**  Status: **CLSD**  MLS#: **06446899**  List Price: **$89,889**  Address: **200 Park Ave Unit 229, Calumet City, 60409**  Sold Price: **$89,900**  Sub/Complex:  PIN: **29241000191003**  Spec Asmt/Serv Area: **N**  Tax Exmpt: **None**  Tax Year: **2005**  Taxes: **$2,569.66**  Yr Built: **1971**  Built Before 78: **Y**  Ownership: **Condo**  Mthly Asmts: **$295**  Total Number of Units: **150**  Unit Floor Level: **2**  Master Bath: **Y**  Basement: **N**  Air: **Central Air**  Type Parking: **Garage**  Age: **26-50 Years**  #Cars: **1**  Pets OK: **Y**  Max Wt:  Lot Dim: **COMMON**  Water: **Public**  Sewer: **Sewer-Public**  Closed Date: **04/24/2007**  Type: **Condo**  Elementary:  Dist#: **157**  Middle:  Dist#: **157**  High:  Dist#: **205** |

Coordinates: N: **0**   S: **18**   E: **2**   W: **0**
Directions:  **159TH ST (E) TO PARK AVE - RT. TURN TO GUARD BOOTH**
Bedr: **2**   Exterior:  **Brick (BR)**
Baths: **2**   Kitchen:
Rms: **5**   Dining Rm:
Fplcs: **0**   Asmts Incl: **Water, Common Insurance, Clubhouse, Pool, Exterior Maintenance, Lawn Care, Scavenger, Snow Removal**
Unit Feat:
Remarks:   **TERRIFIC 2 BDRM WITH SUPER LARGE BALCONY. SOLD "AS IS". PROOF OF FUNDS (IF CASH) OR LETTER FROM BANK/MTG COMPANY REFLECTING MTG COMMITMENT A MUST-NO EXCEPTIONS. ADDENDUMS REQUIRED. CAN BE ACCESSED VIA CONNECTMLS. EARNEST MONEY=CERTIFIED FUNDS. PROPERTY IS ELIGIBLE FOR EXPRESSPATH FINANCING. CALL L/A FOR DETAILS.**

Copyright 2008 MLSNI - INFORMATION NOT GUARANTEED, CHECK FLOOD INSURANCE, ROOM SIZES ROUNDED TO THE NEAREST FOOT

Prepared By: Starla Ely - Baird & Warner 03/03/2008 06:22 PM




Attached Single   Status: CLSD   MLS#: 06326072   List Price: $97,500
Address: 100 Park Ave Unit 712, Calumet City, 60409                       Sold Price: $90,000
Sub/Complex:                                          PIN: 29241000221238
Spec Asmt/Serv Area: N        Tax Exmpt:             Tax Year: 2005         Taxes: $2,717.81
Yr Built:                     Built Before 78: Y     Ownership: Condo       Mthly Asmts: $315
Total Number of Units: 266    Unit Floor Level: 7    Master Bath: Y         Basement: N
Air: Central Air              Type Parking: Space/s
Age: 26-50 Years              #Cars: 1               Pets OK: N  Max Wt:    Lot Dim: COMMON
Water: Public                                        Sewer: Sewer-Public    Closed Date: 03/29/2007
Type: Condo
Elementary:        Dist#: 157                        Middle:   Dist#: 157
High:              Dist#: 205

Coordinates: N: 0       S: 19       E: 2       W: 0
Directions:   159TH STREET TO PARK
Bedr: 2   Exterior:   Brick (BR)
Baths: 2  Kitchen:    Eating Area-Table Space
Rms: 5    Dining Rm:
Fplcs: 1  Asmts Incl: Heat, Water, Parking, Common Insurance, Clubhouse, Exterior Maintenance, Lawn Care, Scavenger, Snow Removal
Unit Feat:
Remarks:   Great penthouse unit. 2 bedroom 2 baths. All appliances stay. Balcony, in unit laundry, fireplace and more. Near shopping and expressway. Call to schedule an appointment today. Seller to give 2500.00 carpet and paint allowance with full price offer.

Copyright 2008 MLSNI - INFORMATION NOT GUARANTEED, CHECK FLOOD INSURANCE, ROOM SIZES ROUNDED TO THE NEAREST FOOT

Prepared By: Starla Ely  - Baird & Warner 03/03/2008 06:22 PM




| 1st Comparable | Sold Price $68,500 |
|---|---|
| *Dining Room* | *+8,000* |
| *½ Bath* | *-6,000* |
| *Adjusted Price* | *$70,500* |

| 2nd Comparable | Sold Price $89,900 |
|---|---|
| *1 car garage* | *-6,000* |
| *Pts. Paid* | *-2,697* |
| *½ Bath* | *-6,000* |
| *Adjusted Price* | *$75,203* |

| 3rd Comparable | Sold Price $90,000 |
|---|---|
| *Fireplace* | *-5,000* |
| *½ Bath* | *-6,000* |
| *Adjusted Price* | *$79,000* |

